MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>         Plaintiff,                 )<br>                                    )<br>vs.                                 )<br>                                    )<br>                                    )<br>ZACHARY HOLSHUE,                    )<br>                                    )<br>         Defendant.                 )<br>_____) | CASE NO.: 2:24-cr-267-RFB-BNW<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between SKYLER PEARSON, ESQ., United States Attorney, counsel for the United States of America, and MICHAEL BECKER, ESQ., counsel for the defendant, ZACHARY HOLSHUE, that the above-captioned be closed.

This Stipulation is entered into based upon the following:

1. On March 12, 2025, defendant entered into a Petty Offense Agreement with the United States which he agreed to plead guilty to Count One of the Complaint — Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 43 C.F.R. § 8341(f)(3); N.R.S. § 484C.110.1(a), a Class A misdemeanor. *See* ECF No. 16.

2. The parties agreed to jointly recommend that the defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counselings (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online alcohol awareness course; and (iv) not violate any local, state, or federal laws.

If the defendant successfully completes his obligations within six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to Reckless Driving.

3. On March 12, 2025, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 1.

4. Since commencing his term of unsupervised probation, the defendant has successfully completed conditions (i), (ii), (iii), and (iv) (*See Exhibit A*).

5. As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request the above-captioned matter be closed.

DATED this 22nd day of August 2025.

Respectfully Submitted,

/s/ Michael Becker                                                  /s/ Skyler Pearson
MICHAEL BECKER, ESQ.                                    SKYLER PEARSON, ESQ.
Attorney for Defendant                                         Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:24-cr-267-RFB-BNW |
| ) | |
| vs. ) | **ORDER TO CLOSE THE CASE** |
| ) | |
| ZACHARY HOLSHUE, ) | |
| ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant ZACHARY HOLSHUE has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 26th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4